**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

Case No. _26-mj-8566-BER_____

**UNITED STATES OF AMERICA**

**v.**


 **YANS JORGE GALLARDO-GARCIA,**


_____/

## CRIMINAL COVER SHEET

1.  Did this matter originate from a matter pending in the Central Region of the United States Attorney's Office prior to October 3, 2019 (Mag. Judge Jared M. Strauss)?  ☐ Yes  ☑ No

2.  Did this matter involve the participation of or consultation with Magistrate Judge Eduardo I. Sanchez during his tenure at the U.S. Attorney's Office, which concluded on January 22, 2023? ☐ Yes  ☑ No

3.  Did this matter involve the participation of or consultation with now Magistrate Judge Marty Fulgueira Elfenbein during her tenure at the U.S. Attorney's Office, which concluded on March 5, 2024? ☐ Yes  ☑ No

4.  Did this matter involve the participation of or consultation with Magistrate Judge Ellen F. D'Angelo during her tenure at the U.S. Attorney's Office, which concluded on October 7, 2024? ☐ Yes  ☑ No

5.  Did this matter involve the participation of or consultation with Magistrate Judge Yeney Hernandez during her tenure at the U.S. Attorney's Office, which concluded on April 2, 2026? ☐ Yes  ☑ No


Respectfully submitted,

JASON A. REDING QUIÑONES
UNITED STATES ATTORNEY

BY:  _/s/ James LaRusso_____

James O. LaRusso
SPECIAL ASSISTANT UNITED STATES ATTORNEY
District Court No.   A5503543
500 South Australian Avenue, Suite 400
West Palm Beach, Florida 33401
Tel:    (561) 209-1053
Fax:    (561) 820-8777
Email:  James.LaRusso@usdoj.gov

AO 91 (Rev. 08/09) Criminal Complaint

# UNITED STATES DISTRICT COURT
### for the
Southern District of Florida

| | | |
|---|---|---|
| United States of America | ) | |
| v. | ) | |
| YANS JORGE GALLARDO-GARCIA, | ) | Case No. 26-mj-8566-BER |
| | ) | |
| | ) | |
| | ) | |
| _Defendant(s)_ | | |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of _____July 15, 2026_____ in the county of _____Palm Beach_____ in the _____Southern_____ District of _____Florida_____ , the defendant(s) violated:

| _Code Section_ | _Offense Description_ |
|---|---|
| 8 U.S.C. § 1326(a) | Illegal Re-entry After Deportation or Removal |

FILED BY _____TM_____ D.C.

**Jul 20, 2026**

ANGELA E. NOBLE
CLERK U.S. DIST. CT.
S. D. OF FLA. - WPB

This criminal complaint is based on these facts:

See Attached Affidavit.

❒ Continued on the attached sheet.

_____
_Complainant's signature_

Deportation Officer Andy Korzen, ICE
_Printed name and title_

Sworn to and attested to me by applicant by telephone (Facetime) per the requirements of Fed. R. Crim. P.4 (d) and 4.1.

Digitally signed by
Bruce E. Reinhart
Date: 2026.07.20
11:48:16 -04'00'
_____
_Judge's signature_

Date: _____07/17/2026_____

City and state: _____West Palm Beach, FL_____ 

Bruce E. Reinhart, U.S. Magistrate Judge
_Printed name and title_

**AFFIDAVIT OF ANDY KORZEN**
**UNITED STATES DEPARTMENT OF HOMELAND SECURITY**
**IMMIGRATION AND CUSTOMS ENFORCEMENT**

I, Andy Korzen, being duly sworn, depose and state as follows:

1. I am a Deportation Officer with the Immigration and Customs Enforcement (ICE) and have been so employed for over twenty-three years. I am currently assigned to the ICE Enforcement and Removal Operations, West Palm Beach, Florida. My duties and responsibilities include enforcing criminal and administrative immigration laws of the United States. I have also conducted and participated in investigations of this nature.

2. This affidavit is based upon my own knowledge as well as information provided to me by other law enforcement officers. This affidavit does not set forth every fact known to me regarding the investigation but only those facts necessary to establish probable cause to believe that Yans Jorge GALLARDO-GARCIA committed the offense of illegal re-entry after removal, in violation of Title 8, United States Code, Section 1326(a).

3. On or about July 15, 2026, the Palm Beach County Sheriff's Office arrested Yans Jorge GALLARDO-GARCIA in Palm Beach County, Florida on outstanding warrant for failure to appear for a plea conference in a state case related to a charge of grand theft. He was booked and detained at the Palm Beach County Jail.

4. A review of the immigration records showed that Yans Jorge GALLARDO-GARCIA is a native and citizen of Cuba. Records further showed that on or about May 30, 2024, an immigration judge ordered Yans Jorge GALLARDO-GARCIA removed from the United States. On or about June 20, 2024, the Order of Removal was executed and Yans Jorge GALLARDO-GARCIA was removed from the United States and returned to Cuba.

5.      Yans Jorge GALLARDO-GARCIA's fingerprints taken in connection with his July 15, 2026, arrest in Palm Beach County were scanned into the IAFIS system. Results confirmed that the scanned fingerprints belonged to the individual who was previously removed from the United States, that is, Yans Jorge GALLARDO-GARCIA.

6.      ICE performed a record check in the Computer Linked Application Informational Management System to determine if Yans Jorge GALLARDO-GARCIA filed an application for permission to reapply for admission into the United States after deportation or removal. A search of the database system revealed no record was found to exist indicating that Yans Jorge GALLARDO-GARCIA obtained consent from the Attorney General of the United States or from the Secretary of Homeland Security, for re-admission into the United States as required by law.

- SPACE LEFT INTENTIONALLY BLANK -

7.      Based on the foregoing, I submit that probable cause exists to believe that, on or about July 15, 2026, Yans Jorge GALLARDO-GARCIA, an alien who has previously been deported and removed from the United States, was found in the United States without having received the express consent from the Attorney General or the Secretary of the Department of Homeland Security for re-admission into the United States, in violation of Title 8, United States Code, Section 1326(a).


_____
Andy Korzen
Deportation Officer
Immigration and Customs Enforcement


Sworn and Attested to me by Applicant by Telephone (Facetime) pursuant to Fed. R. Crim. P. 4(d) and 4.1 this _____ day of July 2026.

Digitally signed by
Bruce E. Reinhart
Date: 2026.07.20
11:48:35 -04'00'
_____
BRUCE E. REINHART
UNITED STATES MAGISTRATE JUDGE

3

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

PENALTY SHEET

**Defendant's Name**:   YANS JORGE GALLARDO-GARCIA

**Case No**:

Illegal Reentry after Deportation or Removal

8 U.S.C. § 1326(a)
* **Max. Term of Imprisonment:** 2 years
* **Mandatory Min. Term of Imprisonment (if applicable):** N/A
* **Max. Supervised Release:** 1 year
* **Max. Fine:** $250,000
* **Special Assessment**: $100

**\*Refers only to possible term of incarceration, supervised release and fines.   It does not include restitution, special assessments, parole terms, or forfeitures that may be applicable.**